## Commonwealth *v.* Sorrentino, Appellant.

Submitted March 17, 1969. *Frederick J. Lanshe,* Public Defender, for appellant; *W. F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Spencer, Appellant.

Before REIMEL, P. J.

Submitted March 17, 1969. *David Kairys* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollack,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.